

## U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 20, 2007

BY FAX (212-805-4060)

Hon. Douglas F. Eaton
Untied States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: United States v. Rabindra Singh
        S1 07 Cr. 837 (VM)

Dear Judge Eaton:

    The Government respectfully submits this letter to request that the above-captioned indictment be unsealed, as a defendant was arrested this morning and will be presented on the Indictment this afternoon.

                      Respectfully submitted,

                      MICHAEL J. GARCIA
                      United States Attorney

        By: *[signature]*
              Benjamin Gruenstein
              Assistant United States Attorney
              (212) 637-2315

SO ORDERED: 11/20/07

*[signature]*
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED:

TOTAL P.002