UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NOTICE OF APPEARANCE AND |
| | : | REQUEST FOR ELECTRONIC |
| | : | NOTIFICATION |
| v. | : | 07 Cr. 837 (VM) |
| Din Celaj, et al., | : | |
| Defendants. | : | |

-----------------------------------------------------------x

TO:     Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case in addition to AUSAs already on the case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

by:   /s/ Katherine R. Goldstein
      Katherine R. Goldstein
      Assistant United States Attorney
      (212) 637-2641

TO:   Alan Seidler, Esq.
      Seth Ginsberg, Esq.
      Benjamin Fisher, Esq.
      Kenneth Paul, Esq.

Henry J. Steinglass, Esq.
Kyle Watters, Esq.
Lawrence Gerzog, Esq.
Andrew Patel, Esq.
Nancy Ennis, Esq.