LAW OFFICE
OF
**B. ALAN SEIDLER**
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
(888) 247-0243
FACSIMILE
(212) 334-2211

July 16, 2008

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7-18-08

By FAX

re: USA v. Din Celaj
07 Cr 837 (VM)

Dear Judge Marrero;

    I am writing to request a status conference be scheduled so I can raise several issues with your Honor. I visited with defendant Din Celaj yesterday, and he complained to me that while he is being kept in the Special Housing Unit he is not being given an adequate amount of food, is being abused by Metropolitan Correction Center staff, and is not permitted to make calls to me, his attorney. All of this seriously impairs his ability to prepare motions, and his defense to the Indictment pending against him.
    I will be away during the period July 28 - August 2, 2008.
    Thank you.

Very truly yours,

B. Alan Seidler

cc: Katherine Goldstein, by FAX
    Din Celaj
bas/ee

> Request GRANTED. A status conference herein is scheduled for 7-25-08 at 9:15 a.m. to address the matter described above by defendant Din Celaj.
>
> SO ORDERED.
>
> 7-17-08
> DATE     VICTOR MARRERO, U.S.D.J.