212 637 0097    P.002/004



## U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 23, 2008

**BY FACSIMILE**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: (212) 805-6382

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-23-08

Re:  United States v. Din Celaj, 07 Cr. 837 (VM)

Dear Judge Marrero:

The Government respectfully submits this letter in response
to defense counsel's July 16, 2008 request for a pretrial
conference in the above-captioned matter.  In that
correspondence, counsel for defendant Din Celaj requested a
conference to address various complaints raised by Celaj while he
is housed in the Metropolitan Correctional Center's ("MCC")
Special Housing Unit ("SHU").

I have been informed by personnel at the MCC that Celaj was
placed in the SHU on or about June 28, 2008, after Celaj
assaulted another inmate by pouring boiling hot water on the
inmate and causing second- and third-degree burns to the inmate's
face and body.  The burns were so severe that the inmate spent
nearly a month in the hospital recuperating; he was released only
yesterday.

I then spoke with Rena Desai, Supervisory Staff Attorney at
the MCC, and discussed with her Celaj's claims of mistreatment
while in the SHU.  With regard to Celaj's first claim that he is
not getting enough food in the SHU, Ms. Desai informed me that
all inmates at MCC, whether in general population or the SHU,
receive the same three meals a day.  Additionally, Celaj can
purchase various food items from the MCC commissary if he is
still hungry.

As to Celaj's second claim, that he is being abused by MCC
staff members, I am informed that, to date, neither Celaj nor his

Honorable Victor Marrero
July 23, 2008
Page 2

counsel has filed any complaints regarding the alleged abused by
MCC staff - which is the procedure established by the MCC to
respond to any such allegations.  Without more information,
neither the MCC nor the Government can adequately investigate
this complaint.  Accordingly, the Government respectfully
requests, on behalf of the MCC, that Celaj or his counsel specify
the ill-treatment he has suffered, so the MCC, and the
Government, if necessary, can undertake an internal inquiry, and
then fully advise the Court of the results of that inquiry and/or
any steps taken in response to Celaj's complaints.

Finally, with regard to Celaj's complaint that he is not
permitted to make telephone calls to his attorney, Ms. Desai
informs me that MCC policy limits telephone calls by prisoners in
the SHU because of prison staffing limitations.  According to Ms.
Desai, giving SHU inmates a legal call requires a staff member,
who has to tend to the needs of about 100 other inmates, to
physically wait near the inmate's cell for the duration of the
phone call.  Therefore, MCC policy permits telephone calls to
attorneys only when other means of communication are inadequate
(i.e., the attorney is unable to visit his or her client for some
reason).  To that end, Celaj's attorney has round-the-clock
access to his client for attorney-client meetings.  Indeed, Ms.
Desai informed me that if Mr. Seidler is unable to visit during
the MCC's normal 8AM-8PM visiting hours, he can request, at least
24 hours in advance, a visit outside these hours and, staffing
permitting, he can come outside the normal visiting hours.
Additionally, according to Ms. Desai, Celaj has unlimited
correspondence privileges with his attorney.

Honorable Victor Marrero
July 23, 2008
Page 3

    The Government hopes this information is useful to the Ccurt
and to Mr. Seidler in addressing Celaj's complaints.  Should the
Court wish Ms. Desai to be present for Friday's conference, the
Government will certainly request her appearance.

                    Respectfully submitted,

                    MICHAEL J. GARCIA
                    United States Attorney

By:    _Katherine Goldstein_____
                    Katherine Goldstein
                    Assistant United States Attorney
                    (212) 637-2641


cc:  B. Alan Seidler, Esq.

    The Government is directed to produce
defendant Den Celaj at the conference
scheduled to review the complaints
she set forth in her letter through counsel
dated 7-16-08, as well as the Government's
response thereto contained above

**SO ORDERED:**

7-23-08    _____
**DATE**    **VICTOR MARRERO, U.S.D.J.**