UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        - against -

DIN CELAJ,

        Defendant.
-----------------------------------------------------------X



07 CR 837 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

    On September 23, 2009, the Court, at the request of defense counsel, ordered that Din Celaj, an inmate currently on trial, be transferred from the Special Housing Unit (SHU) of MCC New York to the general population and be allowed access to his trial materials, the law library, and daily showers for the remainder of the trial.

    By letter dated September 24, 2009, the Supervisory Staff Attorney of MCC, Adam M. Johnson, has advised the court that for security reasons, the Bureau of Prisons has determined that Mr. Din Celaj must remain in the SHU while at MCC. That letter has been ordered sealed for security reasons. Mr. Johnson has also advised that as an inmate in SHU, Mr. Celaj has access to his trial materials and may request access to the SHU law library by written request to the SHU Lieutenant or the SHU Officer-in-Charge and that defense counsel may visit Mr. Celaj seven days a week, from 8 a.m. to 8 p.m. for unlimited time in the SHU Attorney Conference Area. Mr. Johnson also informed the Court that Mr. Celaj is allowed to shower Monday through Friday for the duration of the trial, but not on weekends. Mr. Johnson asks for modification of the Court's order for

showers seven days a week to conform with SHU policy and asks that the Court rescind its order that Mr. Celaj be transferred to the general population at the MCC.

Having considered the Defendant's request and Mr. Johnson's letter of September 24, 2009, and the principles set forth in Bell v. Wolfish, 441 U.S. 520 (1979) and Sandin v. Connor, 515 U.S. 472 (1995), the Court's order that Mr. Celaj be transferred to the general population at MCC is hereby rescinded and is hereby also modified so that showers will only be ordered for Mr. Celaj on Monday through Friday while he is on trial before this Court.

IT IS SO ORDERED.

Dated: New York, New York
September 24 2009

_____

Robert P. Patterson, Jr.

U.S.D.J.

2

Copies of this order were faxed to:

Jeremy Schneider
Rothman, Schneider, Soloway & Stern, LLP
100 Lafayette Street, Suite 501
New York , NY 10013
212-571-5500
Fax: 212-571-5507

John Thomas Zach
United States Attorney SDNY 1 Saint Andrew
One Saint Andrew's Plaza
New York , NY 10007
(212)-637-2410
Fax: (212)-637-2527