UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

**Din Celaj,**

                                  **ORDER**

                                  **13-CV-1290 (ALC)**

                                  **07-CR-837 (ALC)**

            -against-

**United States of America,**
---------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

The re-sentencing scheduled for October 26, 2022 is adjourned to **December 13, 2022** at 3:30 p.m.

    SO ORDERED.

Dated: New York, New York
       October 12, 2022

                                      **ANDREW L. CARTER, JR.**
                                      **UNITED STATES DISTRICT JUDGE**