USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-13-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

United States of America,

                          **ORDER**

                          07-CR-837 (ALC)

        -against-

Din Celaj,
----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    Today's re-sentencing is adjourned to **January 10, 2023** at **10:00 a.m.**

    **SO ORDERED.**

Dated: New York, New York
       December 13, 2022

                                    _____
                                    ANDREW L. CARTER, JR.
                                    UNITED STATES DISTRICT JUDGE